IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| *ABUL MALIK BEY, Public Minister also known as GRADY RENARD WILLIAMS, JR.*, | \* |
| | \* |
| Plaintiff, | Case No.  5:23-cv-00322-MTT |
| v. | \* |
| STATE OF GEORGIA, | \* |
| Defendant. | \* |

## **J U D G M E N T**

Pursuant to this Court's Order dated October 2, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 3rd day of October, 2023.

David W. Bunt, Clerk

s/ Shabana Tariq, Deputy Clerk